IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNTRUST BANK,

      Plaintiff,

vs.                                                    CASE NO.: 8:10-cv-01258-EAK-TBM

JOHN F. MILANO a/k/a
JOHN FRANCIS MILANO a/k/a
JOHN P. MILANO a/k/a
JOHN MILANO,

      Defendant.

_____/

## FINAL DEFAULT JUDGMENT

    THIS MATTER came before the Court on Plaintiff's Motion for Final Default Judgment [DE 10 and 11} against Defendant John F. Milano, also know by the above-captioned aliases. The Court finds that an evidentiary hearing is not required, the matter is otherwise ripe for review and finds as follows:

## PROCEDURAL BACKGROUND

    On June 4, 2010, Plaintiff filed suit against Defendant for breach of an Instrument in the sum of $281,000.00 executed by Defendant in favor of Plaintiff. [DE 1: Complaint, Exhibit 1] to which summons issued, [DE 5] served upon Defendant on June 15, 2010, [DE 7] with the response due by July 6, 2010.

    Defendant failed to file responsive pleadings as required by Fed. R. Civ. P. 12. and on July 8, 2010, Plaintiff moved for default, [DE 8] granted on July 12, 2010, [DE 9] per Fed. R. Civ. P. 55(a) and then moved for Final Default Judgment. [DE 10 and 11]

## DISCUSSION

Pursuant to Fed. R. Civ. P. 55(b)(1), Plaintiff is entitled to final judgment for the liquidated sums sought in this case, which are capable of mathematical computation or ascertainment from definite figures conducted in the documentary evidence or in detailed affidavits. ***Dundee Cement Co. v. Howard Pipe & Concrete Prods.***, 722 F.2d 1319, 1323 (7th Cir. 1983) (citing ***United Artists Corp. v. Freeman***, 605 F.2d 854, 857 (5th Cir. 1979); ***Adolph Coors, Co. v. Movement Against Racism and the Klan***, 777 F.2d 1538, 1543 (11th Cir. 1985); ***United Artists Corp. v. Freeman***, 605 F.2d 854, 857 (5th Cir. 1979). Under the Instrument, Plaintiff seeks the principal sum of $280,477.27 plus interest accruing at the rate of 6.830% from September 11, 2008, the date of last payment, through the date of judgment, and the costs of this action, per an Affidavit, [DE 10, Exhibit 1 and DE 12] which the Court finds is sufficient to support Plaintiff's damages claim.

## CONCLUSION

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment is GRANTED and judgment is granted on behalf of Plaintiff against Defendant in the total amount of $280,477.27, plus interest upon the principal, at the rate of 6.830% from September 11, 2008, the date of last payment, through the date of judgment, and the costs of this action in the amount of $350.00.

DONE AND ORDERED in chambers at Tampa, Hillsborough County, Florida, this 15th day of July, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Cc:

Paul G. Wersant
Florida Bar No. 48815
Email: pqwersant@jflegal.com
JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Telephone: (770) 234-9181 x8880
Facsimile: (404)329-8010
Attorneys for Plaintiff

John F. Milano
25692 Whipperwill Street
Brooksville, FL 34601
Defendant *Pro-Se*